AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gropper, Allan L. | US Bankruptcy Court | 08/21/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

US Bankruptcy Court, Alexander
Hamilton Custom House,
1 Bowling Green, NY, NY 10004

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | The Browning School |
| 2. | Treasurer and Member of Executive Committee | Association of the Bar of the City of New York |
| 3. | Treasurer and Member, Board of Directors | Association of the Bar of the City of New York Fund, Inc. |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/1/00 | White & Case LLP Retirement Income Plans (former law firm; no control) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 08/21/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Fordham Law School (teaching) | $5,000 |
| 2. | 2012 | Retirement income from White & Case LLP Retirement Income Plan | $41,517 |
| 3. | 2012 | INSOL International (teaching) | $1,506.00 |
| 4. | 2012 | White & Case Unfunded Pension Plan | $98.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Columbia University (salary) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | INSOL International | 05/18/2012-05/21/2012 | Miami, FL | Seminar and program | Transportation, meals, lodging |
| 2. | International Insolvency Institute | 05/30/2012-05/31/2012 | Toronto, Ontario, Canada | Seminar and program | Transportation, meals, lodging |
| 3. | International Insolvency Institute | 06/20/2012-06/22/2012 | Paris, France | Seminar and program | Transportation, meals, lodging |
| 4. | INSOL International | 10/03/2012-10/05/2012 | Cartagena, Colombia | Seminar and program | Transportation, meals, lodging |
| 5. | C5 Communications Ltd. | 10/21/2012-10/22/2012 | Miami, FL | Seminar and program | Transportation, meals, lodging |
| 6. | National Conference of Bankruptcy Judges | 10/24/2012-10/26/2012 | San Diego, CA | Seminar and program | Transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 08/21/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 08/21/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase Manhattan Bank Account | A | Interest | J | T | | | | | |
| 2. Brandywine Fund Inc. | | None | | | Sold | 03/05/12 | L | E | |
| 3. Keybank | A | Interest | L | T | | | | | |
| 4. DNG Acquisition Group LLC | | None | J | U | | | | | |
| 5. Sheridan Properties I, LLC | A | Distribution | J | U | | | | | |
| 6. Sheridan Equity Partners | | None | J | U | | | | | |
| 7. JP Morgan Bank Account | A | Interest | | | Merged (with line 1) | 09/01/12 | J | | |
| 8. Trust u/w/o ▨ | F | Int./Div. | O | T | | | | | |
| 9. -US Treasury Notes | | | | | | | | | |
| 10. - Allstate Corp. stock | | | | | Sold (part) | 10/18/12 | J | D | |
| 11. - Exxon Mobil Corp. stock | | | | | | | | | |
| 12. - General Mills stock | | | | | | | | | |
| 13. - Goodrich Corp. stock | | | | | Sold | 07/27/12 | J | D | |
| 14. - NYS Environmental Facs Corp. Bond | | | | | | | | | |
| 15. - Royal Dutch Petroleum stock | | | | | | | | | |
| 16. - Tax Exempt Securities Trust | | | | | Sold (part) | 05/15/12 | J | | |
| 17. -Tax Exempt Securities Trust | | | | | Sold (part) | 12/21/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 08/21/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Vanguard Tax Managed Balanced Fund | | | | | | | | | |
| 19. - Worldwide Golf Resources stock | | | | | | | | | |
| 20. - Nassau County Swr Fin Auth Bond | | | | | | | | | |
| 21. -Vanguard Life Strategy Inc. Fund | | | | | | | | | |
| 22. -Longleaf Partners Inc. Fund | | | | | Sold (part) | 06/06/12 | K | D | |
| 23. -Longleaf Partners Inc. Fund | | | | | Sold (part) | 07/24/12 | J | B | |
| 24. -Longleaf Partners Inc. Fund | | | | | Sold (part) | 08/24/12 | J | B | |
| 25. -Longleaf Partners Inc. Fund | | | | | Sold (part) | 09/24/12 | J | B | |
| 26. -Longleaf Partners Inc. Fund | | | | | Sold (part) | 10/24/12 | J | B | |
| 27. -Longleaf Partners Inc. Fund | | | | | Sold (part) | 11/26/12 | J | B | |
| 28. -Longleaf Partners Inc. Fund | | | | | Sold (part) | 12/24/12 | J | B | |
| 29. - Bay Shore NY School Dist Bond | | | | | | | | | |
| 30. - Met. Transp. Auth 5.25% Bond | | | | | | | | | |
| 31. - NYC Ser C-1 5.25% Bond | | | | | | | | | |
| 32. - NYC Ser C-1 5.25% Bond | | | | | | | | | |
| 33. - NYC Ser E 5.0% Bond | | | | | | | | | |
| 34. - NYC Ser K 4.0% Bond | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 08/21/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - South Huntington NY Sch Dist Bond | | | | | Redeemed | 05/15/12 | K | A | |
| 36. -Vanguard Index Fund Short Term | | | | | | | | | |
| 37. - Vanguard World Utilities | | | | | | | | | |
| 38. -Vanguard Whitehall High Dividend Fund | | | | | Buy | 03/23/12 | K | | |
| 39. -Vanguard Energy Fund | | | | | Buy | 12/11/12 | K | | |
| 40. -Vanguard Energy Fund | | | | | Buy (add'l) | 12/18/12 | J | | |
| 41. -NYC Health Hosp Corp Rfdg Ser A | | | | | | | | | |
| 42. -Wisconsin St. Rfdg Ser 1 | | | | | | | | | |
| 43. -Tilson Dividend Fund | | | | | | | | | |
| 44. -PIMCO Unconstrained Bond Fund | | | | | | | | | |
| 45. -PIMCO All Asset All Authority Fund | | | | | Buy | 08/02/12 | K | | |
| 46. -PIMCO All Asset All Authority Fund | | | | | Buy (add'l) | 10/09/12 | J | | |
| 47. -FPA Crescent Portfolio Fund | | | | | | | | | |
| 48. -Vanguard Life Income Fund | | | | | Sold (part) | 12/18/12 | J | A | |
| 49. -Clarence NY Cent Sch Dist Series B 4.375% | | | | | Buy | 05/18/12 | K | | |
| 50. -NYC Ser N 5.0% Bond | | | | | Buy | 05/02/12 | J | | |
| 51. Pershing LLC Fund (FDIC Insured Bank Deposits) | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 08/21/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Exxon Mobil Corp. stock | C | Dividend | M | T | Sold (part) | 05/30/12 | K | D | |
| 53. Allstate Corp. stock | A | Dividend | K | T | | | | | |
| 54. Brown Forman stock | B | Dividend | K | T | | | | | |
| 55. Costco Wholesale Corp stock | B | Dividend | K | T | | | | | |
| 56. Johnson & Johnson stock | A | Dividend | K | T | | | | | |
| 57. Vanguard Health Care Fund | A | Dividend | K | T | | | | | |
| 58. Vanguard Dividend Growth Income Fund | B | Dividend | L | T | | | | | |
| 59. Vanguard Tax Managed Small Cap Fund | A | Dividend | M | T | Sold (part) | 01/09/12 | J | A | |
| 60. Vanguard Tax Managed Small Cap Fund | A | Dividend | M | T | Sold (part) | 02/07/12 | J | B | |
| 61. Vanguard Total International Fund | B | Dividend | L | T | Sold (part) | 04/16/12 | J | A | |
| 62. Vanguard Index Fund-Short Term | A | Dividend | K | T | | | | | |
| 63. Vanguard High Yield Corp. Fund | B | Dividend | K | T | | | | | |
| 64. Vanguard Wellesley Income Fund | A | Dividend | K | T | Sold (part) | 04/16/12 | K | B | |
| 65. PIMCO Unconstrained Bond Fund | B | Dividend | K | T | | | | | |
| 66. Amherst NY Rfdg Bond | B | Interest | K | T | | | | | |
| 67. Elwood NY Sch Dist Bond | A | Interest | | | Redeemed | 12/03/12 | J | | |
| 68. NYC Series G 5.35% Bonds | B | Interest | | | Redeemed | 08/01/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 08/21/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. NYS Dorm. Auth Fin. Authority Bonds | B | Interest | J | T | | | | | |
| 70. NYC Transitional Finance Auth Bonds | B | Interest | | | Redeemed (part) | 04/04/12 | K | B | |
| 71. NYC Transitional Finance Auth Bonds | B | Interest | | | Redeemed | 08/01/12 | J | A | |
| 72. Riverhead NY Pub. Bond | A | Interest | | | Redeemed | 06/01/12 | J | A | |
| 73. Sag Harbor NY Sch Dist Bond | A | Interest | | | Redeemed | 06/15/12 | K | A | |
| 74. Berkshire Hathaway | | None | K | T | | | | | |
| 75. NYS Twy Auth Ser A 5.0% | B | Interest | K | T | Buy (add'l) | 08/09/12 | J | | |
| 76. Port Auth NY&NJ 4.25% Bond | A | Interest | J | T | Buy | 11/08/12 | J | | |
| 77. Port Auth NY&NJ 5.0% Bond | A | Interest | J | T | Buy | 08/03/12 | J | | |
| 78. Charles Schwab IRA | G | Int./Div. | P1 | T | | | | | |
| 79. -Schwab US Treas. Money Fund | | | | | | | | | |
| 80. -Blackrock GNMA | | | | | | | | | |
| 81. -Managers Bond Fund | | | | | | | | | |
| 82. -Dodge & Cox Income Fund | | | | | | | | | |
| 83. -DoubleLine Total Return Bond Fund | | | | | | | | | |
| 84. -FPA New Income Fund | | | | | | | | | |
| 85. -Rydex Long/Short Interest Rate Strategy | | | | | Sold | 01/30/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 08/21/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Federated Strategic Income Fund | | | | | Buy | 01/27/12 | N | | |
| 87. -Ivy High Income Fund | | | | | Buy | 01/18/12 | N | | |
| 88. -Oakmark Equity & Income Fund | | | | | Buy | 02/17/12 | N | | |
| 89. -Oakmark Equity & Income Fund | | | | | Buy (add'l) | 03/15/12 | M | | |
| 90. - Vanguard STAR Fund | | | | | | | | | |
| 91. - Vanguard Wellington Fund | | | | | | | | | |
| 92. -Vanguard Growth & Income Fund | | | | | | | | | |
| 93. - Vanguard Explorer Fund | | | | | | | | | |
| 94. - Vanguard Equity Fund | | | | | | | | | |
| 95. - Vanguard 500 Index Fund | | | | | | | | | |
| 96. NYS 529 College Savings Account (no control) | A | Dividend | J | T | | | | | |
| 97. -Mid-Cap Stock Index Portfolio | | | | | | | | | |
| 98. -Small-Cap Stock Index Portfolio | | | | | | | | | |
| 99. -Bond Market Index Portfolio | | | | | | | | | |
| 100. Columbia Univ SIP | B | Dividend | N | T | Buy addtl | 01/31/12 | J | | |
| 101. Charles Schwab IRA | D | Int./Div. | N | T | | | | | |
| 102. - Schwab US Treas. Money Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 08/21/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -American High Income Bond Fund | | | | | | | | | |
| 104. -American High Income Bond Fund | | | | | Buy (add'l) | 01/20/12 | J | | |
| 105. -American High Income Bond Fund | | | | | Buy (add'l) | 02/01/12 | J | | |
| 106. -American Funds Capital Income Builder | | | | | Buy | 02/17/12 | K | | |
| 107. -American Funds Capital Income Builder | | | | | Buy (add'l) | 03/23/12 | J | | |
| 108. -Bond Fund of America | | | | | | | | | |
| 109. -Federated Bond Fund | | | | | | | | | |
| 110. -ICON Materials Fund Class S | | | | | Buy | 09/20/12 | K | | |
| 111. -ICON Materials Fund Class S | | | | | Sold | 11/15/12 | K | | |
| 112. -Loomis Sayles Bond Fund | | | | | Buy (add'l) | 11/28/12 | J | | |
| 113. -Metropolitan West Total Return Bond Fund | | | | | | | | | |
| 114. -PIMCO Foreign Bond D | | | | | | | | | |
| 115. -PIMCO Total Return D | | | | | | | | | |
| 116. -Gateway Index Plus Fund | | | | | | | | | |
| 117. -Rydex Healthcare Fund | | | | | | | | | |
| 118. -Rydex Leisure Fund | | | | | Buy | 03/13/12 | K | | |
| 119. -Rydex Leisure Fund | | | | | Buy (add'l) | 07/18/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 08/21/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Rydex Leisure Fund | | | | | Buy (add'l) | 11/29/12 | J | | |
| 121. -Rydex Transportation Fund | | | | | Buy | 12/04/12 | J | | |
| 122. -Rydex Transportation Fund | | | | | Buy (add'l) | 12/18/12 | J | | |
| 123. -Rydex Inverse High Yield Strategy H | | | | | Buy | 06/01/12 | K | | |
| 124. -Rydex Inverse High Yield Strategy H | | | | | Buy (add'l) | 10/26/12 | K | | |
| 125. -Rydex Inverse High Yield Strategy H | | | | | Buy (add'l) | 11/15/12 | J | | |
| 126. -Rydex Inverse High Yield Strategy H | | | | | Sold (part) | 07/03/12 | J | | |
| 127. -Rydex Inverse High Yield Strategy H | | | | | Sold | 12/17/12 | K | | |
| 128. -DWS High-Yield Fund | | | | | | | | | |
| 129. -Cohen & Steers Realty Shares | | | | | Buy | 01/09/12 | K | | |
| 130. -Cohen & Steers Realty Shares | | | | | Buy (add'l) | 01/25/12 | J | | |
| 131. -Cohen & Steers Realty Shares | | | | | Buy (add'l) | 02/06/12 | J | | |
| 132. -Cohen & Steers Realty Shares | | | | | Sold (part) | 05/18/12 | J | A | |
| 133. -Cohen & Steers Realty Shares | | | | | Sold (part) | 11/29/12 | J | A | |
| 134. -DoubleLine Total Return Bond Fund | | | | | Buy | 04/20/12 | K | | |
| 135. -Permanent Portfolio Fund | | | | | Buy | 02/01/12 | J | | |
| 136. -Permanent Portfolio Fund | | | | | Buy (add'l) | 09/06/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 08/21/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -JP Morgan Core Plus Bond Fund A | | | | | Sold | 09/14/12 | K | B | |
| 138.  -Franklin Gold & Precious Metals A | | | | | Buy | 05/25/12 | J | | |
| 139.  -Franklin Gold & Precious Metals A | | | | | Sold | 07/23/12 | J | | |
| 140.  -Franklin Utilities Series Cl A | | | | | Buy | 05/16/12 | K | | |
| 141.  -Franklin Utilities Series Cl A | | | | | Buy (add'l) | 06/18/12 | J | | |
| 142.  -Franklin Utilities Series Cl A | | | | | Buy (add'l) | 07/26/12 | J | | |
| 143.  -Franklin Utilities Series Cl A | | | | | Sold (part) | 09/17/12 | J | A | |
| 144.  -Franklin Utilities Series Cl A | | | | | Sold | 11/12/12 | J | | |
| 145.  -Schwab U.S. Broad Market ETF | | | | | Buy | 08/15/12 | K | | |
| 146.  -Schwab U.S. Broad Market ETF | | | | | Buy (add'l) | 09/14/12 | J | | |
| 147.  -iShares DJ US IDX Transportation | | | | | Buy | 02/13/12 | K | | |
| 148.  -iShares DJ US IDX Transportation | | | | | Sold | 05/18/12 | K | | |
| 149.  -iShares Gold Trust | | | | | Buy | 01/11/12 | K | | |
| 150.  -iShares Gold Trust | | | | | Buy (add'l) | 02/02/12 | J | | |
| 151.  -iShares Gold Trust | | | | | Sold (part) | 03/06/12 | J | A | |
| 152.  -iShares Gold Trust | | | | | Sold | 05/09/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 08/21/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 100      These are monthly contributions to a SIP account by automatic deductions from a paycheck.  No further information is available.

Note:  In my 2011 report, line 165 showed "Sold (part)" of the DireXion HY Bear Fund.  The entry should have showed "Sold".

Part VII, page 6, line 51    In response to the Committee's letter dated August 1, 2013, this line has been amended to disclose the brokerage firm with control over the fund and the investments in it.  I have no control over the investments.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Allan L. Gropper**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544